IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>THOMAS SPENCER,<br><br>              Defendant. | 8:13CR106<br><br>ORDER |

This matter is before the court on the defendant request (Filing No. 491) for a copy of the Network Investigative Technique warrant issued in "Operation Torpedo." It appears the referenced warrant was filed (**see** Filing No. 186 - Ex. 1) in connection with a consolidated hearing held on April 17, 2014, and associated with the defendant's motion to suppress (Filing No. 140). The exhibits received during the hearing were restricted in accordance with federal and local rules because of the content. **See** Filing No. 187 - Transcript p. 33. Accordingly, **the government shall respond to the defendant's request no later than Monday, July 18, 2016, at noon**.

      **IT IS SO ORDERED**.

Dated this 13th day of July, 2016.

                                            BY THE COURT:

                                            s/ Thomas D. Thalken
                                            United States Magistrate Judge