IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:13CR106 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| THOMAS SPENCER, | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on January 19, 2018 that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from hearing held 4/26/2013

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: January 24, 2018

BY THE COURT

s/ Joseph F. Bataillon
Senior United States District Judge