PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Thomas Spencer

Crim. No. 8:13CR00106

On __April 24, 2015__ the above named was placed on probation/supervised release for a period of 60 Months. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_U.S. Probation Officer_

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __30th__ day of __December__, 20 __21__.

Joseph F. Bataillon  
Senior U.S. District Judge